UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SHARON KOUTROUPIS, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-373 |
| | § § | |
| RM DEPOT, INC., | § § | |
| Defendant. | § | |

**FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal with Prejudice (D.E. 41), the Court enters final judgment dismissing this action with prejudice.

ORDERED this 23rd day of September, 2019.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE